UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| BRIGID A. FORD,<br>   *Plaintiff*,<br><br>   *v.*<br><br>MARION COUNTY SHERIFF'S<br>DEPARTMENT, ET. AL.,<br>   *Defendants.* | 1:15-cv-01989-WTL-DML |

> Exhibits destroyed [249] on August 25, 2020.
>
> Roger A.G. Sharpe, Clerk
> BY: _____
> Deputy Clerk, U.S. District Court

## CLERK'S ENTRY FOR AUGUST 3, 2020

Counsel are advised that the <u>trial exhibits</u> received in the above cause are now released and may be receipted for in the Clerk's Office, Room 105, U.S. Courthouse, 46 E. Ohio Street, Indianapolis, Indiana between 8:30 a.m. and 4:30 p.m.

**<u>The items will be disposed of on August 21, 2020, if not taken.</u>**


                                  Roger A.G. Sharpe, Clerk

BY: _____

                                  Deputy Clerk, U.S. District Court


Distribution via ECF to counsel of record electronically registered.